608

372 A.2d 425

Commonwealth v. Mack, Appellant.

Argued December 10, 1976. Martin N. Ghen, for appellant; Deborah E. Glass, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 426

Commonwealth v. McCollum, Appellant.

Submitted December 16, 1975. Louis R. Rizzuto, Assistant Public Defender, for appellant; Grant E. Wesner, Deputy District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.